1  ILENE J. LASHINSKY (#003073)
   United States Trustee
2  District of Arizona

3  PATTY CHAN (CA Bar #256200)
   Trial Attorney
4  230 N. First Ave., Suite 204
   Phoenix, Arizona  85003-1706
5  Phone (602) 682-2600

6

7
                **IN THE UNITED STATES BANKRUPTCY COURT**
8
                    **FOR THE DISTRICT OF ARIZONA**
9
   In re:                            )   In Proceedings under Chapter 11
10                                    )
   GREGORY STEVEN HANCOCK,           )   Case No. 2:08-bk-14253-GBN
11                                    )
              Debtor.                )   **UNITED STATES TRUSTEE'S LIMITED**
12                                    )   **OBJECTION TO APPLICATION BY**
                                     )   **DEBTOR TO EMPLOY SCHIAN WALKER,**
13                                    )   **P.L.C. AS COUNSEL FOR DEBTOR**
                                     )
14                                    )
                                     )
15                                    )
                                     )
16                                    )
                                     )
17

18      The United States Trustee for the District of Arizona (the "UST"), by and through undersigned

19 counsel, respectfully submits her "Limited Objection" to Gregory Steven Hancock's ("Debtor")

20 "Application to Employ Schian Walker P.L.C. as Counsel for Debtor" (the "Application") filed on

21 October 23, 2008.  See Docket Entry #25.

22      Debtor filed its voluntary petition under Chapter 11 of the Bankruptcy Code on October 15, 2008.

23 In his Application, Debtor proposes to employ the law firm of Schian Walker, P.L.C. (the "Firm") as

24 general bankruptcy counsel pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure.

25 Paragraph 7 of the Application states: "Debtor has been advised by the Firm...that (a) the Firm is

26 "disinterested" within the meaning of 11 U.S.C. § 101(14), (b) neither the Firm nor its professionals have

27 any connection with the Debtor, the creditors or any party-in-interest, *except as stated in the Schian*

28 *Declaration*, and (c) the Firm does not hold an interest adverse to the interests of the Debtor." (emphasis

added)

In the Declaration of Dale C. Schian pursuant to Bankruptcy Rule 2014 as Proposed Counsel for Debtor ("Schian Declaration"), Mr. Schian declares that he is an attorney and a managing member of the Firm.  See Docket Entry #26.  In paragraph 3, Mr. Schian declares that "the Firm does not have any connection adverse to the Debtor's interest and has no connection with the Debtor, creditors, any other parties-in-interest, their respective attorneys and accountants, the UST, or any person employed in the Office of the UST, *except as disclosed herein*."  (emphasis added)

Paragraph 5 of the Schian Declaration states that because of the Firm's attorneys combined years of practice, "the Firm and its attorneys have numerous contacts, both professional and personal, with most of the Phoenix-based attorneys involved in these proceedings.  This includes both active and current representation of common clients and of different clients with both *common and adverse interests*." (emphasis added)

In order to enable the UST and other interested parties to ensure that Mr. Schian or his Firm are truly "disinterested," the UST requests the Court to require Mr. Schian to explain *these common and adverse interests* in specificity, with particular emphasis any interest that may be adverse to this estate or its creditors.  The UST asserts that until such disclosure is provided, and all parties have had an opportunity to review such disclosure, the Application should be denied.

RESPECTFULLY SUBMITTED this 24th day of October, 2008.

ILENE J. LASHINSKY
United States Trustee
District of Arizona


 /S/ PC (CA #256200)
Patty Chan
Trial Attorney

COPY of the foregoing served via
fax on October 24, 2008, to:

**Debtor's Attorneys**
BRIAN SIROWER
QUARLES & BRADY LLP
TWO N. CENTRAL, SUITE 200
PHOENIX, AZ 85004-2391
Fax : 602-229-5690

2

| | |
|---|---|
| 1 | DALE C. SCHIAN |
| | SCHIAN WALKER, P.L.C. |
| 2 | 3550 N. CENTRAL AVE. #1700 |
| | PHOENIX, AZ 85012-2115 |
| 3 | Fax : 602-297-9633 |
| 4 | SCOTT R. GOLDBERG |
| | SCHIAN WALKER, P.L.C. |
| 5 | 3550 N CENTRAL AVE |
| | SUITE 1700 |
| 6 | PHOENIX, AZ 85012-2115 |
| | Fax : (602) 297-9633 |
| 7 | |
| | COPY of the foregoing served via |
| 8 | mail on October 27, 2008, to: |
| 9 | **Debtor's Attorneys** |
| | BRIAN SIROWER |
| 10 | QUARLES & BRADY LLP |
| | TWO N. CENTRAL, SUITE 200 |
| 11 | PHOENIX, AZ 85004-2391 |
| 12 | DALE C. SCHIAN |
| | SCHIAN WALKER, P.L.C. |
| 13 | 3550 N. CENTRAL AVE. #1700 |
| | PHOENIX, AZ 85012-2115 |
| 14 | |
| | SCOTT R. GOLDBERG |
| 15 | SCHIAN WALKER, P.L.C. |
| | 3550 N CENTRAL AVE |
| 16 | SUITE 1700 |
| | PHOENIX, AZ 85012-2115 |
| 17 | |
| | **Debtor** |
| 18 | GREGORY STEVEN HANCOCK |
| | 4603 N. BORGATELLO LANE |
| 19 | PHOENIX, AZ 85018 |
| 20 | /s/ Patty Chan |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3