**ORDERED ACCORDINGLY.**

Dated: March 29, 2011

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | CHAPTER 11 |
| | CASE NO. 2:08-bk-14253-GBN |
| **GREGORY S. HANCOCK,** | |
| | **ORDER APPROVING ENTRY OF** |
| Debtor. | **FINAL DECREE** |
| | (Assigned to Judge George B. Nielsen ) |

The Court having reviewed the Debtor's **MOTION FOR ENTRY OF ORDER GRANTING FINAL DECREE CLOSING THIS CASE (DE 556)** and the related Certificate of No Objections (DE 576), and good cause appearing,

IT IS HEREBY ORDERED granting Debtor's Motion and approving the proposed Order granting entry of a final decree in this matter, with this Court retaining jurisdiction of any outstanding issues arising out of Debtor's pending obligation under its Third Amended Plan of Reorganization (DE 364 and DE 442) to transfer its Parcel 4 interest to IMH and Class 6.B claim. Debtor shall remain responsible for the payment of any outstanding fees plus interest owed to the U.S. Trustee, which currently total $7,480.63 for the fourth quarter 2010 and first quarter 2011.

A post-confirmation hearing is currently scheduled before this Court at 10:00 a.m. on April 7, 2011. The Debtor requests this hearing be vacated.

1 | Good cause appearing, IT IS FURTHER ORDERED vacating the post-confirmation hearing set
2 | for April 7, 2011.

DATED _____.

_____
Judge of United States Bankruptcy Court
District of Arizona - Phoenix